UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:09-CR-40-TS |
| | ) | |
| DELMAS SEXTON II | ) | |

**ORDER**

This matter is before the Court on the Government's Motion to Strike Defendant's Pro Se Filings [DE 38]. The Defendant filed a Verified Petition for Writ of Habeas Corpus [DE 35] on October 16, 2009, and a second Verified Petition for Writ of Habeas Corpus [DE 37] filed on October 26, 2009. The Government requests, in part, that the Court strike the Petitions [DE 35 and DE 37]. The Court struck the Petitions by its Order [DE 39] dated October 28, 2009, because they were filed directly by the Defendant, despite Defendant's representation by counsel.

Along with his October 16, 2009 filings, the Defendant included a Letter [DE 34] requesting to be moved to another facility from the Allen County Jail, similar to the relief requested in his first Petition [DE 37]. The Government's Motion [DE 38] also requests to strike Defendant's Letter [DE 34]. Not only is defendant's Letter duplicative of his first Petition and such a matter properly addressed to the Court through Defendant's counsel, the Court notes that Defendant is now housed in the Porter County Jail, as indicated by Defendant's second Petition [DE 37] and confirmed by the office of Defendant's counsel.

The Court, being duly advised, GRANTS IN PART AND DENIES AS MOOT IN PART the Government's Motion to Strike [DE 38]. Accordingly, the Court ORDERS the Clerk of this Court to STRIKE the Defendant's Letter [DE 34], but the Letter is to remain part of the record.

SO ORDERED on October 28, 2009.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT